CUADRO, APPELLANT, *v.* REGISTRAR OF ARECIBO, RESPONDENT.

### APPEAL from a Decision of the Registrar of Property Refusing to Record an Order of Execution.

No. 553.—Decided December 5, 1922.

RECORD OF TITLE—MUNICIPAL COURT—JURISDICTION—EXECUTION.—An order in execution of a judgment rendered by a municipal court for $497 and interest from the date of the judgment is recordable and it can, not be concluded that the court was without jurisdiction.

The facts are stated in the opinion.
*Mr. E. Marín Marién* for the appellant.
The respondent did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

An order in execution of a judgment rendered by the Municipal Court of Utuado was presented to the Registrar of Arecibo who refused to record the same substantially on the ground that the amount of the claim sought to be executed exceeded five hundred dollars, and hence that the said municipal court was without jurisdiction.

The session laws of 1904, page 105, show that a municipal judge has jurisdiction in all civil matters in his district to the amount of five hundred dollars, including interest. The order before us seeks to execute on the sum of four hundred and ninety-seven dollars with interest thereon from the date of the order, and appellant maintains

that jurisdiction is to be determined, not by interest awarded with the judgment, but by the claim in the complaint.

From the order or writing submitted in this case it would appear that the judgment was for four hundred and ninety-seven dollars and that interest only ran from a time immediately at or after the judgment. It does not appear that there was a claim in excess of five hundred dollars or that suit was brought for interest in addition to the principal. On the contrary the showing is that the suit was within five hundred dollars, the claim being, as we have said, for four hundred and ninety-seven dollars.

The note of the registrar must be reversed and the attachment ordered entered.

*Reversed.*

Chief Justice Del Toro and Justices Aldrey, Hutchison and Franco Soto concurred.